UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                   Plaintiff,

vs.

INGRID & ISABEL, LLC,

                   Defendant.

---------------------------------------------------------------x

Case No. 1:21-cv-09999

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 2, 2023

        **MIZRAHI KROUB LLP**

        *[signature]*

        JOSEPH H. MIZRAHI
        WILLIAM J. DOWNES
        225 Broadway, 39th Floor
        New York, NY  10007
        Telephone:  212/595-6200
        212/595-9700 (fax)
        jmizrahi@mizrahikroub.com
        wdownes@mizrahikroub.com

        *Attorneys for Plaintiff*

DATED:  March 2, 2023

**THOITS LAW**

DocuSigned by:

*Dinah Ortiz*

14EF4A7BF5444F4...

CHRISTOPHER TOM
DINAH XIMENA ORTIZ
157 Columbus Avenue, Fl 4, Ste 444
New York, NY 10023
Telephone: 650/327-4200
ctom@thoits.com
dortiz@thoits.com

*Attorneys for Defendant*